DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ASHER DANIEL JONES,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-1596

[November 27, 2019]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Steven J. Levin, Judge; L.T. Case No. 43-2002-CF-000867.

Charles G. White of Charles G. White, P.A., Miami, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CIKLIN and CONNER, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***